UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
STEPHEN WILKINSON and JEFFREY WILKENSON,

                              Plaintiffs,      **ORDER**
                                      CV 04-4933 (LDW)(ARL)

     -against-

COUNTY OF NASSAU, et al.,

                              Defendants.
------------------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

     Before the court is defendants' letter application, dated October 11, 2005, seeking an order compelling the plaintiff to respond to their document demands and interrogatories and to schedule the plaintiffs' depositions. Plaintiffs have not opposed the application. Defense counsel explains that, on February 23, 2005, plaintiffs' counsel was personally served with the document demands, interrogatories, and deposition notices. The plaintiffs depositions were noticed for April 11, 2005. Having not received any responses, defendants adjourned the depositions. Defendants again sought the outstanding responses on August 30, 2005 and October 3, 2005. Discovery is scheduled to close on December 5, 2005.

     The application is GRANTED. Plaintiff is directed to provide responses to the outstanding discovery requests forthwith and to appear for deposition at a date and time to be agreed upon by the parties but in no event not later than November 15, 2005. Plaintiff is cautioned that her failure to respond to the outstanding discovery requests will lead to sanctions, including a recommendation to District Judge Wexler that the case be dismissed. The parties are further warned that, given Judge Wexler's instruction that his cases be trial ready within one year from their commencement, the discovery deadline will not be extended.

Dated:  Central Islip, New York                          **SO ORDERED:**
          October 25, 2005

                                                                            /s/
                                                    _____
                                                    ARLENE R. LINDSAY
                                                    United States Magistrate Judge